IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | |
| DANIEL LLOYD, | * | CASE NO. 4:20-CR-23 (CDL) |
| Defendant. | * | |

O R D E R

Defendant sent a letter to the Court, which is construed as a motion to credit certain time served toward his present sentence. The Magistrate Judge addressed this "time served" issue in the Report and Recommendation dated July 6, 2022. R&R 3, ECF No. 45 (adopted without objection on Oct. 4, 2022). The Magistrate Judge explained that the proper way to challenge the execution of a sentence, including the Board of Prison's calculation how much credit Defendant should receive for time served, is to bring a habeas petition under 28 U.S.C. § 2241 in the district court for the district in which the inmate is incarcerated. *See United States v. Kinsey*, 393 F. App'x 663, 664 (11th Cir. 2010) (per curiam) (explaining this rule). Defendant is incarcerated in South Carolina. So, as the Magistrate Judge previously stated, Defendant must bring his § 2241 habeas petition in the United States District Court for the District of South Carolina. His present motion (ECF No. 47) is denied.

IT IS SO ORDERED, this 19th day of January, 2024.

                                          S/Clay D. Land
                                          CLAY D. LAND
                                          U.S. DISTRICT COURT JUDGE
                                          MIDDLE DISTRICT OF GEORGIA